FILED by **DD** D.C.

May 5, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 22-60097-CR-RUIZ/STRAUSS

CASE NO. _____

18 U.S.C. § 922(a)(6)

UNITED STATES OF AMERICA

vs.

JERMAINE JOHNSON,

      **Defendant.**
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNTS 1-4
### False Statement During a Firearm Purchase
### (18 U.S.C. § 922(a)(6))

On or about the dates specified as to each count below, in Broward County, in the Southern District of Florida, the defendant,

**JERMAINE JOHNSON,**

in connection with the acquisition of a firearm from a licensed dealer, did knowingly make a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale and other disposition of such firearm, in that the defendant stated in Bureau of Alcohol, Tobacco, Firearms and Explosives, ATF Form 4473, that he, **JERMAINE JOHNSON**, was the actual buyer and transferee of the firearm and was not acquiring the firearm on behalf of another person, when in truth and in fact, as the defendant then and there well knew, **JERMAINE JOHNSON** was not the actual buyer and transferee of the firearm and was acquiring the firearms on behalf of another person, as described below:

| Count | Approximate Date | Federal Firearms Dealer | Firearms |
|---|---|---|---|
| 1 | May 24, 2021 | Only the Best Firearms & Accessories | - One (1) Taurus, model G3, 9mm caliber pistol, bearing serial number ACB562200<br>- One (1) Taurus, model G3, 9mm caliber pistol, bearing serial number ACC617808 |
| 2 | May 27, 2021 | Family Jewelry and Pawn | - One (1) Glock, model 19, 9mm caliber pistol, bearing serial number BTCK806<br>- One (1) Glock, model 19, 9mm caliber pistol, bearing serial number BTNY714 |
| 3 | June 4, 2021 | Family Jewelry and Pawn | - One (1) Taurus, model G3C, 9mm caliber pistol, bearing serial number ACC730820<br>- One (1) FMK Firearms, model 9C1, 9mm caliber pistol, bearing serial number BTT2140 |
| 4 | June 11, 2021 | Only the Best Firearms & Accessories | - One (1) Glock, model 19 Gen 5, 9mm caliber pistol, bearing serial number BTXH855<br>- One (1) Glock, model 19, 9mm caliber pistol, bearing serial number AFSK994<br>- One (1) Glock, model 19, 9mm caliber pistol, bearing serial number BNYZ767<br>- One (1) Glock, model 19, 9mm caliber pistol, bearing serial number BSCA331<br>- One (1) Taurus, model G2C, 9mm caliber pistol, bearing serial number ACE897863<br>- One (1) Taurus, model G2C, 9mm caliber pistol, bearing serial number ACE898053 |

All in violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

ANITA WHITE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JERMAINE JOHNSON,

_____/
Defendant:

CASE NO.:

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☒ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take 3 days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)          (Check only one)
   I   ☒ 0 to 5 days         ☐ Petty
   II  ☐ 6 to 10 days        ☐ Minor
   III ☐ 11 to 20 days       ☐ Misdemeanor
   IV  ☐ 21 to 60 days       ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                    Case No.
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
   If yes, Judge Ruiz               Case No. 21-60298
9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of
11. Rule 20 from the          District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
Anita G. White
Assistant United States Attorney
FLA Bar No.   537861

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** JERMAINE JOHNSON

**Case No:** _____

Counts #:1-4

False Statement During a Firearm Purchase

Title 18, United States Code, Section 922(a)(6)

*__Max. Penalty:__ 10 years' imprisonment, $250,000 fine, 3 year' supervised release

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.